# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHRYSTAL LYNN BERNSTEIN | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:19-cr-00235<br>USM No. 32215-045<br><br>Charles Buckholts<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1, 2* and 3__ of the term of supervision. *This admission of guilt does not include the gun allegation in violation number 2.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 08/06/2020 |
| 2 | Committed another federal, state, or local crime | 09/02/2020 |
| 3 | Interacted with someone engaged in criminal activity | 03/15/2020 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1321

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
Franklin, Tennessee

10/22/2020
Date of Imposition of Judgment

_Eli Richardson_
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

October 23, 2020
Date

DEFENDANT: CHRYSTAL LYNN BERNSTEIN
CASE NUMBER: 3:19-cr-00235

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
33 months

☑ The court makes the following recommendations to the Bureau of Prisons:

Designation to FCI Tallahassee if defendant's classification permits
UNICOR Program
Celebrate Recovery Program

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CHRYSTAL LYNN BERNSTEIN
CASE NUMBER: 3:19-cr-00235

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

None ordered.